**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 14, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00090-CV

_____

**STEVEN M. PRIMEAUX, INDIVIDUALLY AND ON BEHALF OF TEXAS ELITE HOSPICE, LLC, Appellant**

**V.**

**KEMBERLE A. KIRKHAM-ARNOLD; ELIZABETH COON-NGUYEN, MD; SUPREME HOSPICE INC. D/B/A LOVING HOPE HOSPICE; AND HORIZONS HOSPICE LLC, Appellees**

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-83098**

## MEMORANDUM OPINION

This is an appeal from the denial of an application for a temporary injunction signed on February 5, 2021. On August 31, 2021, appellant filed a motion to

dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.